UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN JON BJORKLUND, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-01810 |
| ANDREW SAUL, | § |
| Defendant. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 1, 2022. Doc. #23. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. #14) is DENIED, Plaintiff's Motion for Summary Judgment (Doc. #16) is GRANTED, the Social Security Administration Commissioner's decision is VACATED, and the matter is REMANDED for further administrative proceedings.

It is so ORDERED.

JUL 2 2 2022
Date

The Honorable Alfred H. Bennett
United States District Judge